O

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **RICHARD C. GARAY,** | § | |
|     **TDCJ-CID #745233** | § | |
| **V.** | § | **C.A. NO. C-03-327** |
| | § | |
| **TDCJ, ET AL.** | § | |

## ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL

Plaintiff-appellant has properly applied to proceed *in forma pauperis* on appeal (D.E. 59, 60). The motions are granted and the following order is entered:

1. The Clerk shall file the Appellant's notice of appeal without prepayment of the appellate filing fee.

3. The plaintiff-appellant shall pay **$255.00**, appellate filing fee, in monthly installments to the United States District Court as provided in 28 U.S.C. § 1915(b)(1).

4. The Texas Department of Criminal Justice -- CID shall deduct 20% of each deposit made to the plaintiff's inmate trust account and forward payments to the United States District Court on a regular basis provided the account exceeds $10.00.

5. The plaintiff-appellant shall sign all consents and other documents required by the agency having custody of plaintiff-appellant to authorize the necessary withdrawal from the plaintiff-appellant's inmate trust account.

      6.      The Clerk of the Court shall send a copy of this Order to the **Inmate Trust Fund, P.O. Box 629, Huntsville, Texas 77342-0629 and to TDCJ - Office of the General Counsel, P.O. Box 13084, Capitol Station, Austin, Texas 78711, and to the Inmate Accounts Officer, Ben Reid Facility, 10950 Beaumont Hwy 90, Houston, Texas 77078-4804.**

ORDERED this 9th day of June 2005.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE